**Abatement Order filed January 15, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00011-CR
_____

### JOSHUA ALLEN LEE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 18-CR-0161**

---

## ABATEMENT ORDER

Retained attorney **Guy L. Womack** represented appellant in the trial court. Womack has filed a motion to withdraw in this court. The motion asserts the trial court granted appellant's motion to proceed as indigent but has not yet appointed appellate counsel for appellant. The motion further asserts appellant desires the trial court to appoint appellate counsel for him.

Accordingly, we **ABATE** this appeal and order as follows:

1. The judge of the 405th District Court shall immediately conduct a hearing at which appellant and counsel for the State shall participate, either in person or by video teleconference, to determine whether appellant desires to prosecute his appeal, and, if so, whether appellant is indigent and, therefore, entitled to appointed counsel on appeal.

2. The judge may appoint counsel for appellant if necessary.

3. The judge shall see that a record of any hearing is made, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing any orders regarding appointment of counsel. The records shall be filed with this court by **February 14, 2019**.

4. We will hold Womack's motion to withdraw pending receipt of the requested records.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket after the requested records are filed in this court.

PER CURIAM